# IN THE SUPREME COURT OF PENNSYLVANIA

In the Matter of

HARRIS CRAIG LEGOME

: No. 2344 Disciplinary Docket No. 3
:
: Board File No. C1-16-785
:
: (Supreme Court of New Jersey,
: No. D-130 September Term 2015)
:
: Attorney Registration No. 63113
:
: (Out of State)

## ORDER

**PER CURIAM**

**AND NOW**, this 19th day of May, 2017, the Application for Relief is granted. Upon consideration of the responses to a Notice and Order directing Harris Craig Legome to provide reasons against the imposition of a disbarment reciprocal to that imposed by the Supreme Court of New Jersey, Harris Craig Legome is disbarred from the practice of law in this Commonwealth, and he shall comply with all the provisions of Pa.R.D.E. 217.